No. 09-9889. Joseph E. Dorsey, Petitioner v. Maryland.

560 U.S. 942, 130 S. Ct. 3364, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4534.

June 1, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 187 Md. App. 721.

No. 09-9890. Patrick J. Ducre, Petitioner v. Louisiana.

560 U.S. 942, 130 S. Ct. 3365, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4452.

June 1, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

No. 09-9891. Irene Engle, Petitioner v. Ismael Ahmed, et al.

560 U.S. 942, 130 S. Ct. 3365, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4486.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 355 Fed. Appx. 871.

No. 09-9896. Robert E. Stallings, Petitioner v. Bill Ritter, Jr., Governor of Colorado, et al.

560 U.S. 942, 130 S. Ct. 3365, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4436.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 345 Fed. Appx. 366.

No. 09-9897. Charles Anthony Willis, Petitioner v. Clay Tatum, Warden.

560 U.S. 942, 130 S. Ct. 3365, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4410.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9898. Dan Temple, Jr., Petitioner v. Timothy Riley, Warden.

560 U.S. 943, 130 S. Ct. 3365, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4405,

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 349 Fed. Appx. 866.

No. 09-9910. Larry Darnell Pinson, et ux., Petitioners v. Equifax Credit Information Services, Inc., et al.

560 U.S. 943, 130 S. Ct. 3365, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4526,

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 316 Fed. Appx. 744.

No. 09-9911. Jonathan Wayne Goforth, Petitioner v. Kentucky.

560 U.S. 943, 130 S. Ct. 3366, 176 L. Ed. 2d 1252, 2010 U.S. LEXIS 4512.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.